46912. WHITLEY et al. v. CREDITHRIFT OF AMERICA, INC. et al.

(382 SE2d 104)

PER CURIAM.

After plenary consideration of this matter, *Credithrift of America v. Whitley,* 190 Ga. App. 833 (380 SE2d 489) (1989), it is found not to satisfy the criteria for the grant of certiorari, and the writ is therefore vacated.

*All the Justices concur, except Weltner, J., not participating.*

DECIDED JUNE 23, 1989.

*Ford & Haley, James Lee Ford, David C. Cole,* for appellants.

*Hansell & Post, W. Rhett Tanner, Arnold & Hopkins, Alton H. Hopkins, Long, Weinberg, Ansley & Wheeler, Kenneth Marc Barre, Wildman, Harrold, Allen, Dixon & Branch, Alfred B. Adams III,*

*Thomas H. Beisswenger,* for appellees.